# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Taylor, Valerie | § | Case No. 08 B 12607 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/16/2008.

2) The plan was confirmed on 07/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/10/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 11/29/2010.

6) Number of months from filing or conversion to last payment: 30.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $28,220.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,951.03 |
| Less amount refunded to debtor | $319.54 |

**NET RECEIPTS:** $13,631.49

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,854.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $867.36 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,721.36

Attorney fees paid and disclosed by debtor $0

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chase Automotive Finance | Secured | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $147.17 |
| Account Recovery Service | Unsecured | $721.00 | NA | NA | $0 | $0 |
| ACL Inc | Unsecured | $229.00 | NA | NA | $0 | $0 |
| Advocate Health Care | Unsecured | $61.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | $1,135.04 | $1,135.04 | $0 | $0 |
| Astro Title Lenders LLC | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Aurora Chicago Lakeshore Hospital | Unsecured | $100.00 | $200.00 | $200.00 | $200.00 | $0 |
| Bally Total Fitness | Unsecured | $0 | NA | NA | $0 | $0 |
| Blair | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase Automotive Finance | Unsecured | $689.00 | $15.73 | $15.73 | $15.73 | $0 |
| Chase Manhattan | Unsecured | $68.90 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $1,155.00 | NA | NA | $0 | $0 |
| Chicago Imaging Ltd | Unsecured | $14.00 | NA | NA | $0 | $0 |
| Chicago Post Office Employees CU | Unsecured | $0 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Columbia House | Unsecured | $109.81 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit One | Unsecured | $782.00 | NA | NA | $0 | $0 |
| Credit One Bank | Unsecured | $692.40 | NA | NA | $0 | $0 |
| Credit Store Capital Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Eden Green Cooperative | Unsecured | $3,260.00 | NA | NA | $0 | $0 |
| Edward Hospital | Unsecured | $233.60 | NA | NA | $0 | $0 |
| EDWARD KASPER D D S | Unsecured | $312.00 | NA | NA | $0 | $0 |
| Emergency Medical Service | Unsecured | $476.00 | NA | NA | $0 | $0 |
| Emergency Medical Specialist SC | Unsecured | $476.00 | NA | NA | $0 | $0 |
| Express Recovery Service | Unsecured | $60.00 | NA | NA | $0 | $0 |
| FAA Credit Union | Unsecured | $0 | NA | NA | $0 | $0 |
| First American Cash Advance | Unsecured | $604.00 | $1,209.75 | $1,209.75 | $1,209.75 | $0 |
| First Cash Advance | Unsecured | $650.00 | NA | NA | $0 | $0 |
| First National Bank Of Marin | Unsecured | $782.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $0 | NA | NA | $0 | $0 |
| Genesis Clinical Lab | Unsecured | $10.20 | NA | NA | $0 | $0 |
| Genesis Financial Svcs Dba USA Wel | Unsecured | $1,265.25 | $1,729.80 | $1,729.80 | $1,729.80 | $0 |
| Great Lakes Specialty Finance | Unsecured | $2,200.00 | NA | NA | $0 | $0 |
| Gregory Emergency Physicians | Unsecured | $8.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,465.00 | $748.96 | $748.96 | $748.96 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $0 | $791.05 | $791.05 | $791.05 | $0 |
| Marquette Radiology Associates | Unsecured | $3.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $124.20 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $0 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $233.00 | NA | NA | $0 | $0 |
| Midwest Eye Institute | Unsecured | $15.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $349.00 | NA | NA | $0 | $0 |
| National Quick Cash | Unsecured | $720.00 | $455.00 | $455.00 | $0 | $0 |
| National Quick Cash | Unsecured | NA | $505.00 | $505.00 | $505.00 | $0 |
| NCO Financial Systems | Unsecured | $190.81 | NA | NA | $0 | $0 |
| North Side Community Fed. Credit U | Unsecured | $282.00 | NA | NA | $0 | $0 |
| North Side Community Fed. Credit U | Unsecured | $0 | NA | NA | $0 | $0 |
| Orchard Bank | Unsecured | $653.34 | NA | NA | $0 | $0 |
| OSI Collection Services Inc | Unsecured | $100.00 | NA | NA | $0 | $0 |
| OSI Collection Services Inc | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| PLS Payday Loan Store | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $123.60 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $414.67 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $414.00 | $414.67 | $414.67 | $414.67 | $0 |
| QVC | Unsecured | $745.99 | NA | NA | $0 | $0 |
| Rush Copley Medical Center | Unsecured | $261.86 | NA | NA | $0 | $0 |
| SBC | Unsecured | $525.71 | NA | NA | $0 | $0 |
| Sir Finance Corporation | Unsecured | $1,250.00 | $1,748.00 | $1,748.00 | $1,748.00 | $0 |
| Sme Pathologists, Sc | Unsecured | $122.50 | NA | NA | $0 | $0 |
| St Francis Hospital | Unsecured | $45.24 | NA | NA | $0 | $0 |
| Sun Cash | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Swedish Covenant Hospital | Unsecured | $0 | NA | NA | $0 | $0 |
| TCA Accounting | Unsecured | $262.00 | NA | NA | $0 | $0 |
| UIC Dept Of Surgery | Unsecured | $349.90 | NA | NA | $0 | $0 |
| University Of Chicago Medical Cente | Unsecured | $133.43 | NA | NA | $0 | $0 |
| University Of Chicago Physicians | Unsecured | $37.70 | NA | NA | $0 | $0 |
| University of Illinois | Unsecured | $474.55 | NA | NA | $0 | $0 |
| University Of Illinois Medical | Unsecured | $455.68 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $1,400.00 | $1,400.00 | $147.17 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $1,400.00 | $1,400.00 | $147.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $8,953.00 | $7,362.96 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $4,721.36 | |
| Disbursements to Creditors | $8,910.13 | |
| **TOTAL DISBURSEMENTS:** | | $13,631.49 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 9, 2011 By: /s/ MARILYN O. MARSHALL
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.